Juli E. Farris (SBN 141716)
KELLER ROHRBACK, L.L.P.
1201 Third Avenue, Suite 3200
Seattle, Washington 98101
Telephone: (206) 623-1900
Facsimile: (206) 623-3384
jfarris@kellerrohrback.com

Attorneys for Plaintiffs
*Additional Counsel on Signature Page*

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| JOEL D. RADER, VINCENT SEALY,<br><br>Plaintiffs,<br>v.<br><br>HERBERT C. BRUISTER, AMY O. SMITH, JONDA HENRY, ROBERT EDDY, and BRUISTER FAMILY LLC,<br><br>Defendants, | No. 2:10-CV-00222-MCE-GGH<br><br>**STIPULATION FOR ENLARGEMENT OF TIME FOR ROBERT EDDY TO RESPOND TO COMPLAINT; ORDER** |

Pursuant to Eastern District Local Rule 144(a), Plaintiffs and Defendant Robert Eddy hereby stipulate and agree that Defendant Eddy shall have an additional 28 days to file a responsive pleading to the Complaint, such that the new deadline for Defendant Eddy's responsive pleading is now **March 22, 2010**. There have been no prior continuances of Defendant Eddy's responsive pleading deadline.

1

PDF created with pdfFactory trial version www.pdffactory.com

1 | DATED: February 19, 2010

2

3 | KELLER ROHRBACK, L.L.P.

4 | By: */s/ Juli E. Farris*
   Juli E. Farris
5  1201 Third Avenue, Suite 3200
   Seattle, Washington 98101
6  Telephone: (206) 623-1900
7  Facsimile: (206) 623-3384
   jfarris@kellerrohrback.com
8

9

10 | KELLER ROHRBACK, P.L.C.
    Gary D. Greenwald
11 | Gary A. Gotto                              YEZBAK LAW OFFICES
    3101 North Central Avenue, Suite 1400      Charles P. Yezbak, III
12 | Phoenix, Arizona 85012                    2002 Richard Jones Road, Suite B-200
    Telephone: (602) 248-0088                  Nashville, Tennessee 37215
13 | Facsimile: (602) 248-2822                 Telephone: (615) 250-2000
    ggreenwald@krplc.com                       Facsimile: (615) 250-2020
14 | ggotto@krplc.com                          Yezbak@yezbaklaw.com

15 | Of Counsel

16

17

18

19 | By: */s/ Robert Eddy (with consent)*
       Robert Eddy
20     12168 Stallion Way
       Truckee, California 96161
21     Pro Per

22

23

24

25

26

2

PDF created with pdfFactory trial version www.pdffactory.com

Stipulation and Order

**ORDER**

Upon consideration of the above stipulation and good cause appearing therefor,

IT IS HEREBY ORDERED that Defendant Robert Eddy shall file his responsive pleading no later than **March 24, 2010**.

IT IS SO ORDERED.

DATED: February 22, 2010

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com