Juli E. Farris (SBN 141716)
KELLER ROHRBACK, L.L.P.
1201 Third Avenue, Suite 3200
Seattle, Washington 98101
Telephone: (206) 623-1900
Facsimile: (206) 623-3384
jfarris@kellerrohrback.com

Attorneys for Plaintiffs
*Additional Counsel on Signature Page*

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| JOEL D. RADER, VINCENT SEALY,<br><br>Plaintiffs,<br>v.<br><br>HERBERT C. BRUISTER, AMY O. SMITH, JONDA HENRY, ROBERT EDDY, and BRUISTER FAMILY LLC,<br><br>Defendants, | No. 2:10-CV-00222-MCE-GGH<br><br>**STIPULATION FOR ENLARGEMENT OF TIME FOR ROBERT EDDY TO RESPOND TO COMPLAINT;ORDER** |

Pursuant to Eastern District Local Rule 144(a), Plaintiffs and Defendant Robert Eddy hereby stipulate and agree that Defendant Eddy shall have an additional 28 days to file a responsive pleading to the Complaint, such that the new deadline for Defendant Eddy's responsive pleading is now **March 22, 2010**. There have been no prior continuances of Defendant Eddy's responsive pleading deadline.

1

PDF created with pdfFactory trial version www.pdffactory.com

1 | DATED: February 19, 2010

2

3 | KELLER ROHRBACK, L.L.P.

4 | By:  */s/ Juli E. Farris*
5 |     Juli E. Farris
      1201 Third Avenue, Suite 3200
6 |     Seattle, Washington 98101
      Telephone: (206) 623-1900
7 |     Facsimile: (206) 623-3384
      jfarris@kellerrohrback.com
8

9

10 | KELLER ROHRBACK, P.L.C.
   Gary D. Greenwald
11 | Gary A. Gotto                          YEZBAK LAW OFFICES
   3101 North Central Avenue, Suite 1400   Charles P. Yezbak, III
12 | Phoenix, Arizona 85012                 2002 Richard Jones Road, Suite B-200
   Telephone: (602) 248-0088                Nashville, Tennessee 37215
13 | Facsimile: (602) 248-2822              Telephone: (615) 250-2000
   ggreenwald@krplc.com                     Facsimile: (615) 250-2020
14 | ggotto@krplc.com                       Yezbak@yezbaklaw.com

15 | Of Counsel

16

17

18

19 | By:  */s/ Robert Eddy (with consent)*
         Robert Eddy
20 |     12168 Stallion Way
         Truckee, California 96161
21 |     Pro Per

22

23

24

25

26

2

PDF created with pdfFactory trial version www.pdffactory.com

Stipulation and Order

# ORDER

Upon consideration of the above stipulation and good cause appearing therefor,

IT IS HEREBY ORDERED that Defendant Robert Eddy shall file his responsive pleading no later than **March 24, 2010**.

IT IS SO ORDERED.

DATED: February 22, 2010

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com