1  Juli E. Farris (SBN 141716)
   KELLER ROHRBACK, L.L.P.
2  1201 Third Avenue, Suite 3200
   Seattle, Washington 98101
3  Telephone: (206) 623-1900
   Facsimile: (206) 623-3384
4  jfarris@kellerrohrback.com

5  Attorneys for Plaintiffs
6  *Additional Counsel on Signature Page*

7

8                    UNITED STATES DISTRICT COURT
                   EASTERN DISTRICT OF CALIFORNIA
9                       SACRAMENTO DIVISION

10

11  JOEL D. RADER, VINCENT SEALY,            No. 2:10-CV-00222-MCE-GGH

12            Plaintiffs,
       v.
13                                            **STIPULATION AND
                                              APPLICATION FOR
14  HERBERT C. BRUISTER, AMY O. SMITH,        EXTENSION OF TIME TO
    JONDA HENRY, ROBERT EDDY, and            FILE JOINT STATUS
15  BRUISTER FAMILY LLC,                      REPORT; ORDER**

16            Defendants,

17

18

19        Pursuant to Eastern District Local Rule 6-144, Plaintiffs and Defendants hereby

20  stipulate and agree as follows:

21        1.      Christopher Rillo of the law firm Schiff Hardin LLP, was recently appointed

22  by an insurance carrier to represent Defendants Herbert C. Bruister and Bruister Family LLC

23  as counsel in this litigation;

24

25

26

                                            1

2.     William B. Wahlheim, Jr. of the law firm Maynard Cooper & Gale PC, was recently appointed by an insurance carrier to represent Defendants Amy O. Smith and Jonda Henry as counsel in this litigation;

3.     Mr. Rillo entered his appearance of record on March 15, 2010 (Dkt. 13);

4.     Although Mr. Walheim signed the Stipulation filed with the Court at Dkt. 19, he technically has not entered his appearance of record;

5.     Defendant Robert Eddy is presently appearing pro se;

6.     As a result of their recent entry in this litigation and their inability to complete their investigation of the allegations of the Complaint, the parties have had insufficient time to confer as required by Fed.R.Civ.P. 26(f) and prepare their joint status report which includes a Rule 26(f) discovery plan;

7.     Pursuant to a Stipulation and Order of this Court, the Defendants have been ordered to file their responsive pleadings to the Complaint no later than April 9, 2010 (Dkt. 19, 21); and

8.     For good cause shown, the parties should be granted an extension until on or before April 16, 2010, to file their Joint Status Report as ordered by this Court (Dkt. 4).

As this is an extension of time from this Court's order issued January 27, 2010 (Dkt. 4), the parties request that this Court approve this extension by signing the Proposed Order attached, pursuant to Local Rule 6-144(a). There have been no prior requests for an extension from the Court's Order at Dkt. 4.

2

PDF created with pdfFactory trial version www.pdffactory.com

1      DATED: March 23, 2010

2

3  KELLER ROHRBACK, L.L.P.

4  By:_____*/s/ Juli E. Farris*_____

5     Juli E. Farris
     1201 Third Avenue, Suite 3200

6     Seattle, Washington 98101
     Telephone: (206) 623-1900

7     Facsimile:  (206) 623-3384
     jfarris@kellerrohrback.com

8

9

10  KELLER ROHRBACK, P.L.C.
   Gary D. Greenwald

11  Gary A. Gotto               YEZBAK LAW OFFICES
   3101 North Central Avenue, Suite 1400    Charles P. Yezbak, III

12  Phoenix, Arizona 85012          2002 Richard Jones Road, Suite B-200
   Telephone: (602) 248-0088        Nashville, Tennessee 37215

13  Facsimile:  (602) 248-2822        Telephone: (615) 250-2000
   ggreenwald@krplc.com         Facsimile:  (615) 250-2020

14  ggotto@krplc.com            Yezbak@yezbaklaw.com

15  Of Counsel

16

17  SCHIFF HARDIN L.L.P.        MAYNARD COOPER & GALES, P.C.

18  By:*/s/ Christopher J. Rillo (with consent)*   By:*/s/ William B. Wahlheim (with consent)*

19     Christopher J. Rillo          William B. Wahlheim, Jr.
     Nicole S. Magaline           John David Collins

20     One Market, Spear Street Tower     2400 Regions Herbert Plaza
     Thirty-Second Floor           1901 Sixth Avenue North

21     San Francisco, California 94105     Birmingham, Alabama 35203
     Attorneys for Defendants        Attorneys for Defendants

22     Bruister and Bruister Family LLC    Smith and Henry

23  By:*/s/ Robert Eddy (with consent)*_____

24     Robert Eddy
     12168 Stallion Way

25     Truckee, California 96161
     Pro Se

26

3

PDF created with pdfFactory trial version www.pdffactory.com

**ORDER**

Upon consideration of the above stipulation and good cause appearing therefrom,

IT IS HEREBY ORDERED that all parties shall file their Joint Status Report on or before **April 16, 2010**, in accordance with the instructions in the Order Requiring Joint Status Report at Dkt. 4.

IT IS SO ORDERED.

DATED: March 25, 2010

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

4

PDF created with pdfFactory trial version www.pdffactory.com