Juli E. Farris (SBN 141716)
KELLER ROHRBACK, L.L.P.
1201 Third Avenue, Suite 3200
Seattle, Washington 98101
Telephone: (206) 623-1900
Facsimile: (206) 623-3384
jfarris@kellerrohrback.com

Attorneys for Plaintiffs
*Additional Counsel on Signature Page*

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION**

| | |
|---|---|
| JOEL D. RADER, VINCENT SEALY,<br><br>Plaintiffs,<br>v.<br><br>HERBERT C. BRUISTER, AMY O. SMITH, JONDA HENRY, ROBERT EDDY, and BRUISTER FAMILY LLC,<br><br>Defendants, | No. 2:10-CV-00222-MCE-GGH<br><br>**STIPULATION AND APPLICATION FOR EXTENSION OF TIME TO FILE JOINT STATUS REPORT; ORDER** |

Pursuant to Eastern District Local Rule 6-144, Plaintiffs and Defendants hereby stipulate and agree as follows:

1. Christopher Rillo of the law firm Schiff Hardin LLP, was recently appointed by an insurance carrier to represent Defendants Herbert C. Bruister and Bruister Family LLC as counsel in this litigation;

1

PDF created with pdfFactory trial version www.pdffactory.com

2. William B. Wahlheim, Jr. of the law firm Maynard Cooper & Gale PC, was recently appointed by an insurance carrier to represent Defendants Amy O. Smith and Jonda Henry as counsel in this litigation;

3. Mr. Rillo entered his appearance of record on March 15, 2010 (Dkt. 13);

4. Although Mr. Walheim signed the Stipulation filed with the Court at Dkt. 19, he technically has not entered his appearance of record;

5. Defendant Robert Eddy is presently appearing pro se;

6. As a result of their recent entry in this litigation and their inability to complete their investigation of the allegations of the Complaint, the parties have had insufficient time to confer as required by Fed.R.Civ.P. 26(f) and prepare their joint status report which includes a Rule 26(f) discovery plan;

7. Pursuant to a Stipulation and Order of this Court, the Defendants have been ordered to file their responsive pleadings to the Complaint no later than April 9, 2010 (Dkt. 19, 21); and

8. For good cause shown, the parties should be granted an extension until on or before April 16, 2010, to file their Joint Status Report as ordered by this Court (Dkt. 4).

As this is an extension of time from this Court's order issued January 27, 2010 (Dkt. 4), the parties request that this Court approve this extension by signing the Proposed Order attached, pursuant to Local Rule 6-144(a). There have been no prior requests for an extension from the Court's Order at Dkt. 4.

2

Stipulation and Order

PDF created with pdfFactory trial version www.pdffactory.com

1   DATED: March 23, 2010

2

3   KELLER ROHRBACK, L.L.P.

4   By: */s/ Juli E. Farris*
     Juli E. Farris
5    1201 Third Avenue, Suite 3200
     Seattle, Washington 98101
6    Telephone: (206) 623-1900
7    Facsimile: (206) 623-3384
     jfarris@kellerrohrback.com
8

9

10  KELLER ROHRBACK, P.L.C.
    Gary D. Greenwald
11  Gary A. Gotto                              YEZBAK LAW OFFICES
    3101 North Central Avenue, Suite 1400      Charles P. Yezbak, III
12  Phoenix, Arizona 85012                     2002 Richard Jones Road, Suite B-200
    Telephone: (602) 248-0088                  Nashville, Tennessee 37215
13  Facsimile: (602) 248-2822                  Telephone: (615) 250-2000
    ggreenwald@krplc.com                       Facsimile: (615) 250-2020
14  ggotto@krplc.com                           Yezbak@yezbaklaw.com

15  Of Counsel

16

17  SCHIFF HARDIN L.L.P.                       MAYNARD COOPER & GALES, P.C.

18  By:*/s/ Christopher J. Rillo (with consent)*   By:*/s/ William B. Wahlheim (with consent)*
       Christopher J. Rillo                         William B. Wahlheim, Jr.
19     Nicole S. Magaline                           John David Collins
       One Market, Spear Street Tower               2400 Regions Herbert Plaza
20     Thirty-Second Floor                          1901 Sixth Avenue North
21     San Francisco, California 94105              Birmingham, Alabama 35203
       Attorneys for Defendants                     Attorneys for Defendants
22     Bruister and Bruister Family LLC             Smith and Henry

23  By:*/s/ Robert Eddy (with consent)*
       Robert Eddy
24     12168 Stallion Way
       Truckee, California 96161
25     Pro Se

26

3

PDF created with pdfFactory trial version www.pdffactory.com   Stipulation and Order

**ORDER**

Upon consideration of the above stipulation and good cause appearing therefrom,

IT IS HEREBY ORDERED that all parties shall file their Joint Status Report on or before **April 16, 2010**, in accordance with the instructions in the Order Requiring Joint Status Report at Dkt. 4.

IT IS SO ORDERED.

DATED: March 25, 2010

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

4

Stipulation and Order

PDF created with pdfFactory trial version www.pdffactory.com